## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| TACUMA J. M'WANZA, | ) | 3:14-cv-00331-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 28, 2017 |
| | ) | |
| DEPUTY DIRECTOR FOSTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion for Enlargement of Time to Submit Joint Pretrial Order (ECF No. 83).  On February 13, 2017, the court granted Defendants' Second Motion for Enlargement of Time to File Motion for Summary Judgment (ECF No. 81), and extended the time to file dispositive motions until March 15, 2017 (ECF No. 82).  When the court extended the time to file dispositive motions, the deadline to file the joint pretrial order was automatically extended.

Defendants' Motion for Enlargement of Time to Submit Joint Pretrial Order (ECF No. 83) is **GRANTED**.  The joint pretrial order will not be due until thirty (30) days after the court decides the dispositive motions.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:        /s/
          Deputy Clerk