1  ADAM PAUL LAXALT
   Attorney General
2  GERRI LYNN HARDCASTLE, Bar No. 13142
   Deputy Attorney General
3  State of Nevada
   Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, NV 89701-4717
   Tel: (775) 684-1134
6  E-mail: ghardcastle@ag.nv.gov

7  *Attorneys for Defendants Renee Baker,*
   *Harold Byrne, Steve Collard, Michael Fletcher,*
8  *Sheryl Foster, William Gittere, Angela Gregersen,*
   *Cade Herring, Paul Hunt, Dwight Neven, Michael Oxborrow,*
9  *Lawrence Panozzo and Tasheena Sandoval*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TACUMA J. M'WANZA,

        Plaintiff,

vs.

DEPUTY DIRECTOR FOSTER, et al.,

        Defendants.

Case No. 3:14-cv-00331-MMD-WGC

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Tacuma J. M'Wanza, appearing *pro se*, and Defendants, Renee Baker, Harold Byrne, Steve Collard, Michael Fletcher, Sheryl Foster, William Gittere, Angela Gregersen, Cade Herring, Paul Hunt, Dwight Neven, Michael Oxborrow, Lawrence Panozzo and Tasheena Sandoval, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Gerri Lynn Hardcastle, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

///

///

///

///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

\* \* \*

DATED this 21st day of February, 2018.　　　DATED this 13TH day of ~~February~~ March, 2018.

ADAM PAUL LAXALT
Attorney General

By: _____　　　By: _____
TACUMA J. M'WANZA　　　　　　　　　　GERRI LYNN HARDCASTLE
*Plaintiff, Pro Se*　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　Bureau of Litigation
　　　　　　　　　　　　　　　　　　　Public Safety Division
　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: March 13, 2018

2

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on the 13th day of March, 2018, I caused to be deposited for mailing, a true and correct copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, on the following:

TACUM M'WANZA
48 LTCHFIELD STREET
ST. PAUL, MINNESOTA 55117

TACUMA M'WANZA
335 RECORD STREET
RENO, NEVADA 89512

_____
An employee of the
Office of the Attorney General